ELIZA RAMBERT, as Administratrix of the Estate of FRANK GRANT, Deceased, Respondent, v. MERIDIAN SECURITIES CORPORATION, Appellant.

Argued January 13, 1941; decided February 27, 1941.

567

*Robert F. White, James J. McLoughlin* and *John J. Kirwan* for appellant.

*Benjamin Eigg* and *Gustave G. Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.